**KLUGER v. WHITE, et al.**
No. 72-11455.
Circuit Court, Dade County.

August 11, 1972.

Aronovitz, Silver & Booth, Miami, for the plaintiff.

Walton, Lantaff, Schroeder, Carson & Wahl, Miami, for the defendant White.

Kuvin, Klingensmith & Coon, Miami, for the defendant insurance company.

HAROLD R. VANN, Circuit Judge.

This cause came on for hearing pursuant to due notice, whereupon it is ordered and adjudged that —

Based on a review of the pleadings, argument of counsel, and authorities submitted in memorandum or letter form, I find and determine, as a matter of law, that §9, chapter 71-252, Florida Statutes 1971 (F.S. §627.738), is a constitutional exercise of legislative power.

Accordingly, the motions to dismiss of defendants, Bernadette White and Manchester Insurance & Indemnity Company, are granted, and plaintiff's complaint is dismissed, without leave to amend and with prejudice.